IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

MAR 1 2023

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| CHRISTINA ZAMORA, INDIVIDUALLY § | |
| AND AS NEXT FRIEND OF M.Z.; § | |
| RUBEN ZAMORA, INDIVIDUALLY § | |
| AND AS NEXT FRIEND OF M.Z.; § | |
| AND JAMIE TORRES, INDIVIDUALLY § | |
| AND AS NEXT FRIEND OF K.T., § | |
| PLAINTIFFS, § | |
| § | CAUSE NO. 1:23-CV-196-LY |
| V. § | |
| § | |
| DANIEL DEFENSE, LLC., ET AL., § | |
| DEFENDANTS. § | |

## ORDER

Before the court is the above styled and numbered cause of action. Having reviewed the

pleadings, along with the record in this cause and the applicable law, the court is of the opinion that

this cause should be transferred to the Del Rio Division of the United States District Court for the

Western District of Texas.

"For the convenience of parties and witnesses, in the interest if justice, a district court transfer

any civil action to any other district or division where it might have been brought." *See* 28 U.S.C.

§ 1404(a).  The events giving rise to this case all occurred in Uvalde County, Texas in the Del Rio

Division of the Western District of Texas.  The court concludes that the Del Rio Division is the

appropriate venue for this action.

**IT IS THEREFORE ORDERED** that this cause of action is **TRANSFERRED** to the

United States District Court for the Western District of Texas, Del Rio Division. The clerk is

instructed to forward the file in this cause to the United States District Court for the Western District of Texas, Del Rio Division.

SIGNED this _____ day of March, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE